NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

ETHAN DANE GIPSON, *Petitioner.*

No. 1 CA-CR 23-0270 PRPC
FILED 3-21-2024

Petition for Review from the Superior Court in Maricopa County
No.  CR2013-459705-001
The Honorable Daniel G. Martin, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Philip D. Garrow
*Counsel for Respondent*

Ethane Dane Gipson
*Petitioner Pro Se*

---

**MEMORANDUM DECISION**

Presiding Judge Anni Hill Foster, Judge Brian Y. Furuya, and Vice Chief Judge Randall M. Howe delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**        Petitioner Ethan Dane Gipson seeks review of the superior court's order denying his petition for post-conviction relief. This is Petitioner's third successive petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is Petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (Petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that Petitioner has not established an abuse of discretion.

**¶4**        We grant review and deny relief.

